UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>NICOLE TORRES,<br><br>Defendant. | **UNSEALING ORDER**<br><br>24 Cr. 499 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Benjamin M. Burkett and Rebecca T. Dell:

It is found that the Indictment in the above-captioned action, 24 Cr. 499, is currently sealed and the United States Attorney's Office has applied to have the Indictment and any further entries on these dockets, unsealed, it is therefore:

ORDERED that the Indictment and any further entries on the docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:    New York, New York
         August 27, 2024

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE