

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 28, 2024

**BY ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Nicole Torres*, 24 Cr. 499 (MKV)

Dear Judge Vyskocil:

    Enclosed for the Court's consideration is a protective order agreed to by the parties and signed on behalf of both parties.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _/s/ Benjamin M. Burkett_
    Benjamin M. Burkett
    Rebecca T. Dell
    Assistant United States Attorneys
    (212) 637-2455 / 2198

Cc: Amy Gallicchio (by ECF)