UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| **United States of America** | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| - v - | : | |
| **Nicole Torres** | : | **24 CR 499 (MKV)** |
| | : | |

----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance as counsel in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

   /s/Amy Gallicchio

Federal Defenders of New York
52 Duane Street, 10th Floor
New York, N.Y. 10007
(212) 417-8728
Amy_Gallicchio@fd.org

TO:   Attorneys of Record