# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/2024

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States v. Nicole Torres</u>, 24 Cr. 499 (MKV)

Dear Judge Vyskocil:

    I write, with the consent of the Government, to request an extension to time by which Ms. Torres must secure one additional co-signer to her bond.

    On August 27, 2024, Ms. Torres was arrested and presented in Magistrate Court before the Honorable Stewart D. Aaron. The parties proposed an agreed upon bail package that was accepted by Judge Aaron. The bail conditions were ordered to be met by September 3, 2024. Ms. Torres proposed two co-signers to her bond, one of which was approved by the Government. The second proposed co-signer was not approved. Ms. Torres requests one week to secure a second co-signer that is acceptable to the Government. All other bail conditions have been met.

**Granted. SO ORDERED.**

Date: 9/5/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully Submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio, Esq.
Federal Defenders of New York
Tel: 212-417-8728

    Cc:    AUSA Rebecca Dell
              AUSA Benjamin Burkett