

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 13, 2025

**BY ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Nicole Torres*, 24 Cr. 499 (MKV)

Dear Judge Vyskocil:

    The parties write jointly to request that the Court schedule a change of plea conference on April 16, 2025 at 2:00 PM. In light of that request, the parties also request that the Court adjourn the April 14, 2025 pretrial deadlines and the May 5, 2025 trial *sine die*.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York

      By:   /s/ Rebecca T. Dell
        Benjamin M. Burkett
        Rebecca T. Dell
        Assistant United States Attorneys
        (212) 637-2455 /-2198

cc: Counsel of Record (by ECF)