

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2025
```

March 13, 2025

**BY ECF**

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    ***United States v. Nicole Torres*, 24 Cr. 499 (MKV)**

Dear Judge Vyskocil:

    The parties write jointly to request that the Court schedule a change of plea conference on April 16, 2025 at 2:00 PM. In light of that request, the parties also request that the Court adjourn the April 14, 2025 pretrial deadlines and the May 5, 2025 trial *sine die*.

                             Respectfully submitted,

                             MATTHEW PODOLSKY
                             Acting United States Attorney for the
                             Southern District of New York

                        By:   /s/ Rebecca T. Dell
                             Benjamin M. Burkett
                             Rebecca T. Dell
                             Assistant United States Attorneys
                             (212) 637-2455 /-2198

cc: Counsel of Record (by ECF)

---

GRANTED. A Change of Plea Conference is HEREBY scheduled for April 16, 2025 at 2 PM in place of the Pretrial Conference currently scheduled for that time. The April 14, 2025 deadline to submit pretrial materials and the May 5, 2025 trial are HEREBY ADJOURNED *sine die*.

SO ORDERED.

Date: 3/14/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge