```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NICOLE TORRES,

Defendant.

1:24-cr-00499

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's request to adjourn the sentencing scheduled for July 8, 2025 at 2:00 P.M. [ECF No. 37]. Defendant's request is GRANTED. IT IS HEREBY ORDERED that the sentencing is adjourned to August 19, 2025 at 2:30 P.M.

**SO ORDERED.**

Date:  June 4, 2025
       New York, NY

*Mary Kay Vyskocil* (signature)
**MARY KAY VYSKOCIL**
**United States District Judge**