United States of America
       Vs
Nicole Torres                              Case #24-CR-499

Motion for order to schedule specific payments while Incarcerated.

The defendant, Nicole J. Torres, respectfully requests the Honorable Court to make an order setting her restitution payments at $25.00 per month during her remaining period of incarceration.

Pursuant to 18 us. 3572, the District must specify in the initial restitution order the manner and schedule in which is to be paid, in consideration of the defendants current financial resources and conditions.

The defendant requests that in Consideration of a $25.00 per month payment, the District Court Consider the defendants Current financial resources and projected income while incarcerated United States V Dawkins, 202 F3d 717, 4th Circiut, 2000.

MAR 3  2026

The defendant is Currently incarcerated at Alderson, Federal prison Camp, ALDerson West Virginia, Which is not a Unicor Institution. In addition she Works Cleaning the Cottage Doing Cottage maintenance work earning $15.00 per month.

Unfortunately, during her incarceration, any restitution payment over $25.00 per month will cause a financial hardship to not only the defendant, but to her family as well. Therefore the defendant requests that this honorable Court order the payment to be fixed at $25.00 per month for the duration of her imprisonment.

Respectfully Submitted

Nicole J. Torres

3/20/26

Nicole Torres
325-89-511 B4
Federal Prison Camp
P.O. Box A
ALDERSON, WV 24910

CHARLESTON WV 250
25 MAR 2026 AM 1 L

MAR 3 1 2026

SDNY

⇔32589-511⇔
Hon. Judge Mary Kay Vyskocil
500 Pearl ST
Courtroom 18C
NEW YORK, NY 10007
United States

Honorable Judge
Mary Kay Vyskocil
500 Pearl ST
Courtroom 18C
New York, NY 10007-
1312 United States

10007-131699