UNITED STATES DISTRICT COURT

DISTRICT COURT OF Southern District of New York

UNITED STATES OF AMERICA )

    Plaintiff - Respondent )   USDC Case No: 02C081:24CR0049:001

vs. Nicole Torres )

---------------------------------- )   Honorable Judge Mary Kay Vyskocil

    Defendant - Petitioner       United States District Judge

==================================================================

PRO SE MOTION FOR MODIFICATION OF SENTENCE

PURSUANT TO 18 U.S.C. 3582(c)(2)

(Retroactive Guideline Amendment 821)

    I hereby respectfully request a modficiation or reduction of my sentence pursuant to 18 U.S.C. 3582(c)(2) & the new guideline amendment 821 to the United States Sentencing Guidelines, which make a reduction in the base offense level for Parts A and B of the 2023 Criminal History Amendment retroactive as November 1, 2023.

    In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. I was sentenced in the District Court of Southern NY by Judge Mary Kay Vyskocil on 8:19:25 to a term of 24 months in prison. My total offense level was 27 and my crminal history category was 1.

3. My projected release date is 9:17:27.

4. I hereby Do (DO or DO NOT) request a court appointed attorney and permission to proceed in forma pauperis.

MAY 26 2026

Signature of Petitioner: Nicole Torres    Date: 5:6:26

Signature of Petitioner: *Nicole Torres*  Date: 5.6.26

Printed or Typed Name: NICOLE TORRES  Register No: 325 89 511

Current Address: Federal Prison Camp P.O. Box A Alderson, WV 24910

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the District of Southern N.Y. on this 6 day of May, 2026

Signature: *Nicole Torres*



JOSIE RENICK
Notary Public Official Seal
State of West Virginia
My Comm. Expires Feb 4, 2027
FPC Alderson
1 Glen Ray Rd Alderson WV 24910

STATE OF WEST VIRGINIA
COUNTY OF GREENBRIER
The foregoing instrument was acknowledged before me
this 6 day of May, 20 26, by M Ronson
_____          Josie Renick
Notary Public's Signature    Notary's Printed Name
My Commission Expiration: 2/4/2027